STATE OF CONNECTICUT *v.* PAUL CURRY

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 902 (AC 23516), is denied.

*Anthony J. Musto,* special public defender, in support of the petition.

*Eileen F. McCarthy,* assistant state's attorney, in opposition.

Decided December 16, 2003

IN RE JANAYSHA B.

The respondent mother's petition for certification for appeal from the Appellate Court (AC 24355) is denied.

*Trudy Condio,* in support of the petition.

*Paula D. Sullivan,* assistant attorney general, in opposition.

Decided December 16, 2003

IN RE JANAYSHA B.

The respondent father's petition for certification for appeal from the Appellate Court (AC 24356) is denied.

*William S. Bingham,* in support of the petition.

*Paula D. Sullivan,* assistant attorney general, in opposition.

Decided December 16, 2003